BRUCE C. YOUNG, ESQ., NV Bar No. 5560
PAIGE S. SHREVE, ESQ., NV Bar No. 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com

*Attorneys for Defendant OPTIMUM CX, LLC fka FUSION CONTACT CENTERS, LLC*

☑ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK PREMO,<br><br>            Plaintiff,<br><br>  vs.<br><br>OPTIMUM CX, LLC, an Arizona limited liability company fka FUSION CONTACT CENTERS, LLC; DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 3:19-cv-00121-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXCUSE ATTENDANCE AT ENE CONFERENCE** |

COME NOW Defendant Optimum CX. LLC, f/k/a Fusion Contact Centers, LLC ("Defendant") and Plaintiff Mark Premo ("Plaintiff"), by and through their respective attorneys of record, Bruce C. Young, Esq. of Lewis Brisbois Bisgaard & Smith LLP and John D. Moore of Moore Law Group, P.C., and hereby stipulate and request that this Court excuse Defendant's representative for settlement from personal attendance at the Early Neutral Evaluation conference and allow him to attend by telephone.

The Early Neutral Evaluation Conference for this matter is currently scheduled for June 18, 2019, at 9:00 a.m. before Magistrate Judge ~~William G. Cobb~~ Robert A. McQuaid, Jr. at the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada. The appropriate representative to appear on behalf of Defendant with the requisite settlement authority is CEO Peter Claypatch. Mr. Claypatch does not wish to attend in person for the following reason. On January 30, 2013, Mr.

4811-2817-7814.1

Claypatch was in attendance at a mediation in a lawyer's office in Phoenix, Arizona, along with the former CEO of Fusion Contact Centers and their attorney. Following the mediation, the plaintiff laid in wait and shot Fusion's former CEO and their attorney, both of whom died. Mr. Claypatch escaped with his life. For understandable reasons, Mr. Claypatch no longer wishes to attend mediations in person and has been allowed to attend by telephone by other courts since that traumatic incident. The only other officer of the company who would have authority to attend in person resides in Florida. The parties agree that, given the circumstances, it would be acceptable for Mr. Claypatch to attend the ENE conference by telephone.

Based on the above facts and circumstances, the parties stipulate and respectfully request that this Court excuse Defendant's representative with authority to settle from personal attendance at the Early Neutral Evaluation conference scheduled for June 18, 2019 and allow him to attend by telephone.

| | |
|---|---|
| DATED this 4th day of June, 2019. | DATED this 4th day of June, 2019 |
| **MOORE LAW GROUP, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ *John D. Moore* | /s/ *Bruce C. Young* |
| John D. Moore, Esq.<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509<br>Tel: (775) 336-1600<br>Email: john@moore-lawgroup.com<br>*Attorney for Plaintiff Mark Premo* | Bruce C. Young, Esq.<br>Paige S. Shreve, Esq.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Spring Valley Health Care, LLC d/b/a Spanish Hills Wellness Suites* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/5/19