1  BRUCE C. YOUNG, ESQ., NV Bar No. 5560
PAIGE S. SHREVE, ESQ., NV Bar No. 13773
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
TEL: 702.893.3383
4  FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
5  Paige.Shreve@lewisbrisbois.com

6  *Attorneys for Defendant OPTIMUM CX, LLC fka
FUSION CONTACT CENTERS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK PREMO,<br><br>    Plaintiff,<br><br>    vs.<br><br>OPTIMUM CX, LLC, an Arizona limited liability company fka FUSION CONTACT CENTERS, LLC; DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:19-cv-00121-MMD-CBC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MARK PREMO and Defendant OPTIMUM CX, LLC, f/k/a FUSION CONTACT CENTERS, LLC, by and through their respective attorneys of record, hereby notify this Court that they have agreed to resolve this matter. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's First Amended Complaint (ECF No. 6).

. . .

. . .

. . .

. . .

. . .

. . .

4816-0005-2127.1

The parties further agree that they will each bear their own costs and attorneys' fees.

DATED this 8th day of August, 2019.

**MOORE LAW GROUP, P.C.**

*/s/ John D. Moore*
John D. Moore, Esq.
3715 Lakeside Drive, Suite A
Reno, NV 89509
Tel: (775) 336-1600
Email: john@moore-lawgroup.com
*Attorney for Plaintiff Mark Premo*

DATED this 8th day of August, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Bruce C. Young*
Bruce C. Young, Esq.
Paige S. Shreve, Esq.
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Optimum CX, LLC fka Fusion Contact Centers, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __August 8, 2019__